# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of C.A.M.-W., a child.

_____

W.N.M.,

Appellant,

v.

IN THE INTEREST OF C.A.M.-W.,

Appellees.

No. 2D2024-0395

_____

June 12, 2024

Appeal from the Circuit Court for Hillsborough County; Wendy J. DePaul, Judge.

Robert L. Webster III of Tate Healey Webster, Tampa, for Appellant.

Matthew E. Thatcher and Alexa A. Rodriguez of The Solomon Law Group, P.A., Tampa, for Appellees W.Q. and R.Q.

PER CURIAM.

   Affirmed.

SLEET, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.